

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-15-00714-CV

**WESTPORT OIL & GAS COMPANY, L.P.** n/k/a Kerr-McGee Oil & Gas Onshore, L.P.,
Appellant

v.

Betsy **MECOM**, Donald R. Mullins, Lannie Louise Mecom, Mark Mullins and Wahatoya, Ltd.,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6,470
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

On December 14, 2016, this court issued its opinion and judgment in this appeal. On December 29, 2016, Appellees filed an unopposed first motion for extension of time to file a motion for rehearing until January 13, 2017. *See* TEX. R. APP. P. 49.1, 49.8.

Appellees' motion for extension of time is GRANTED. Appellees' motion for rehearing is due by January 13, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court